Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of Nebraska
_____ Division

Case No. 8:23CV221
(to be filled in by the Clerk's Office)

James A. Davis & Debra A. Davis

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Judge Timothy Hill (Dodge County District Ct. Judge)
Lamson, Dugan & Murray, PLC dba Pentagon
Federal Credit Union Legal Dept., Fred
Davis Co. (unincorporated business entity) a)
Dodge County Sheriff

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one) ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: James & Debra Davis (Husband & Wife)
Street Address: 1643 N. I St.
City and County: Fremont (Dodge Cty.)
State and Zip Code: NE 68025
Telephone Number: (402) 720-4800
E-mail Address: jadajd66611@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

- Name: Judge Geoffrey Hall
- Job or Title (if known): Judge
- Street Address: 435 S. Park Ave
- City and County: Fremont / Dodge
- State and Zip Code: NE 68025
- Telephone Number: 402 727 2780
- E-mail Address (if known):

Defendant No. 2

- Name: Dodge Cty Sheriff
- Job or Title (if known): (Sheriff)
- Street Address: 435 S. Park Ave
- City and County: Fremont / Dodge Cty
- State and Zip Code: NE 68025
- Telephone Number: 402 727 2708
- E-mail Address (if known):

Defendant No. 3

- Name: Mark Novotny (for Lamson, Dugan & Murray PLC)
- Job or Title (if known): attorney
- Street Address: Regency Pkwy
- City and County: Omaha / Douglas
- State and Zip Code: NE 68025
- Telephone Number: 402
- E-mail Address (if known):

Defendant No. 4

- Name: Paul Davis Co (c/o Michael Eastwood)
- Job or Title (if known): owner (construction co.)
- Street Address:
- City and County: Omaha / Douglas Cty
- State and Zip Code: NE 68025
- Telephone Number: 402
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

RICO action (civil)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) **Lamson Dugan Murray, PLC**, is incorporated under the laws of the State of (name) **Nebraska**, and has its principal place of business in the State of (name) **Nebraska**.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) **dba "Pentagon Federal Legal Dept."**

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

$8,000,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Conspiracy to commit murder, murder for Wire Fraud, theft, theft by creation/deception, Bank Fraud, Insurance Fraud; Violation of Civil Rights, Battery/Wrongful Death.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

<u>Stay all State Court proceedings & Allow disabled party to obtain counsel & proceed in Federal Court.</u>

**V.** **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/25/2023

Signature of Plaintiff: James A. Davis
Printed Name of Plaintiff: James A. Davis

(C-cl # 19446)

**B.** **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address