8:23cv 221

## U.S. DISTRICT COURT for the DISTRICT of NEBRASKA

| | |
|---|---|
| JAMES A. DAVIS & DEBRA A. DAVIS, ( | |
| Husband & Wife, Plaintiffs, ( | MOTION for |
| ( | EMERGENCY TEMPORARY |
| ( | RESTRAINING ORDER |
| ( | |
| vs. ( | |
| ( | |
| ( | |
| Lamson.Dugan, Murray, PLC a Nebraska ( | |
| Professional Corp dba PENTAGON ( | |
| FEDERAL Credit Union LegalDept.: ( | |
| Paul Davis company - (an unuincorporated ( | |
| business entity in the State of Nebraska:) ( | |
| and ( | |
| Judge Geoffrey Hall of the District Court of ( | |
| Dodge County, Nebraska; and The Dodge ( | |
| County Sheriff, DEFENDANTS ( | |
| ( | |

COMES NOW THE PLAINTIFFS HEREIN, James A. Davis and Debra A. Davis, husband & wife, and move this Court for an Emergency Restraining Order to prevent the irreparable harm stated infra.

Specifically, to prevent the May 27, 2023, Court ordered sale of the residence at 1643 North "I" Street in Fremont, Nebraska, as part of the continuing pattern of illegally taken real estate and foreclosures following the diagnoses of James Davis with Parkinson's disease and other major disabilities as stated herein, being the tenth parcel taken from the Davis' by Judge Hall of the Dodge County District Court.

The grounds for this Restraining Order are:

In 2009 Davis was tested and found to have no pituitary hormone. His treating physician had prescribed a therapeutic dosage as treatment for celiac disease to raise it to the 90th percentile. However, his insurer through its PBM (CVS/CareMark) had denied Davis any of the hormone which had become FDA regulated and the price raised from $260 per month to $14,000 per month.

This stopped the homeostasis effect the hormone has on the body and brain, resulting in Parkinson's symptoms and aggravation of over 35 autoimmune diseases. Even when Davis attempted to purchase it himself to aid in recovery from extreme oral surgery to treat Dead Jawbone Disease caused by treatment with Fosamax, the insurer stopped the sale.

By 2010 Davis was thought to have suffered a stroke and was diagnosed with Parkinson's disease. This occurred during a wrongful death medication with State Farm and Am Fam insurance companies; two companies which Davis had turned in to Oregon prosecutors for using college students to write Orthopedic Surgical opinions, resulting in prosecution in Washington and Oregon and broadcast on CBS' 60 Minutes.

When it was widely known that Davis was diagnosed with one of the 28 diseases called , Parkinson's, a few local attorneys who filed the frivolous cases began by feeding erroneous information and other "James Davis' " negative credit information to th credit bureaus, and began calling in his real estate financing. The first property was taken solely because another investor wanted it to develop it as Davis had planned to do.

Defendant Judge Geoffrey Hall of the District Court of Dodge County, Nebraska has presided over all five of the FRIVOLOUS COURT ACTIONS venued in DodgeCounty against James A. Davis (or James and Debra Davis) for the following:

A. Legal malpractice, captioned "*Betty Foutch vs. James A. Davis*,"
which failed to state a cause of action. None the less, Hall granted a Judgement against Davis in the amount of $250,000 proffered by attorneys: Donald D. Schneider, David Hartmanm, and the Yost Law Firm.
B. Donald Schneider had been hired by Davis to complete the purchase of a "tail-coverage policy of mal-practice insurance," but instead Schneider filed the case on the day Davis' insurance lapsed. Schneider then stole Davis' entire legal library, office furniture, antiques, desk in which Davis last five case files were contained - taking the evidence for Davis' claim for his inheritance and other thefts by his brother John Davis. Etc.
[Davis had collected a settlement for Mrs. Foutch of over $500,000, and she had no second case. He merely let her come to office when she wanted to talk to someone after her husband's death.]
C. The matter was later dismissed for Davis on the motion of James Dake - the Trustee appointed by the Nebraska Supreme Court to represent Davis' clients AND the Pro Bono Attorney for Davis at which time the Yost attorney stated, "this is not worth the paper it was written on."
Davis had provided Dake with an office at no cost when Dake was disabled with M.S.
D. Hall failed to properly apply Rule 12(b)(6) Motion, delaying the dismissal over 8 months - saying the Defendant Davis via Dake needed to set the matter for a hearing - rather than the Defendants "having 30 days to amend or further plead" the being dismissed "without prejudice."
2. Four other cases were filed, all foreclosure actions with no default - or a manufactured one.
A. Even bank documents such as Cashiers' Checks were altered or replaced with fake others to create a case against James.

James A. Davis was granted Social Security Disability in 2016, based on his 2015 filing being found to fit the TRACEY criteria of a plaintiff

expected to live one year or less

based on the Socials Security doctors' review of the diagnoses of Dr. Alan Jensen of over 35

autoimmune diseases including Multiple System Failure (aka Parkinsonism), mis-diagnosed at Methodist Hospital, Omaha as Parkinson's Disease, following the 2010 episode at Jensen's office resulting in an ambulance call & transfer for a suspected stroke or seizure. Following the Methodist treatment Davis was rendered unable to walk, stand, and subject to "tongue darting" when he attempted to speak for a week following the episode.

This was the first of seven Autoimmune Brain Clots (ABCs), all mis-diagnosed as strokes, TSAs, or seizures in the seven years 2010 to 2017 which Davis suffered. The cause was Arteritis (enlarged and inflamed arteries with Eyrthrocytosis (too many red blood cells - a RBC of 160 - normal being 120) making the blood too thick for a normal syringe and requiring a larger gauge needle too draw blood and causing clots at the blood-brain barrier and causing reversible brain damage.

This was caused by his insurers denying of Somatriptan shots which Davis was prescribed by his physician as he produced no pituitary hormone after his 1990s bout with Celiac caused extreme malnutrition due to the complete loss of his intestinal lining, a bone density of a woman age 110, with holes in his skull, a collapsed lumbar spine, no vitamin D, B-12, lactase enzyme, dopamine, oxytocin, dopamine, endorphins, adrenalin, melatonin, cortef, or other needed enzymes, protein digestion, absorption of vitamins or minerals, and loss of all immune function.

In the 1990s, this did not fit the USA diagnosis criteria - but as a drug company attorney Davis read the UK literature and treatises, and based on his self-diagnosis, had requested a biopsy which was attended by the entire G.I. staff of doctors at U.N.M.C.

He given a prognosis of about one year to live at Methodist, UNMC, and the Cleveland Clinic and expected to die with the symptoms of AIDS - complete immune failure.

Davis contacted a UK physician and received a successful treatment from a celiac researcher, Dr. Gislason of Vancouver ,Ca who had patented a supplement to treat the loss of the intestinal lining.

After the recent finding that his own doctor had developed Alzheimer's, both James an Debra recently tried moving their medical care to UNMC to obtain treatment for the poisoning - Setting off the TSA metal detectors at two airports **after James' high body content of arsenic, mercury, and lead .** UNMC found through MRIs that his brain is the "Einstein" aka 'mushroom" shape and at near age 70, it has aged only an apparent 30 years and was able to recover most of its lost cerebral function.

However , this was only to find he had been poisoned and it was likely too late to reverse the symptoms, including a
    A 60 lbs. loss
    Spinal Myleitis
    Sleep study showing 28 seconds of sleep on average, which no one   can explain.

3

During the period without the hormone - Davis' body and brain did not function together, giving the appearance of Parkinson's disease, after which Hall heard cases by other local attorneys, James' brother John C. Davis D.V.M. of La Veta, Co. [who suffered a prenatal injury during their mother's appendectomy during her pregnancy, causing John cerebral damage and leaving him with "no moral compass."], and Fremont banks, all completely frivolous and without merit, taking approximately $9 million dollars in real property from James and Debra Davis, including:

A. 793 W. 11th St. - a Four Plex,

B. 1900 E.Military Ave. Two parcels making the Parkview Shopping Center,

C. 1835 E. Military Ave. - the Parkview Professional Center. (FMV about $5.5 Million dba Parkivew Development Corp.)

With James Davis as Manager, President, and head of the Board of Directors from which he was illegally removed by John Davis and Roger Panniere using a vote by mail - excluding James - on Post Cards - in violation of the By-Laws' requirement that it be a vote at the annual shareholders meeting on the first Thursday in March.

Panniere obtained his $260,000 block of initial ten shares which were valued at $15,000 by the First State Bank. Later Pannierre and Jon C. Davis sold the real property which Jams had increased the rent from $1,200 per month to $4,600 including a 25 year lease to build from FNBO of Omaha at ($16 /sq.ft.) or $8,000 per month - with COLA lease.
James competed deferred maintenance from the 1970sto 1999 when Davis took over from the previous manger, Don Sherlock a Realtor charging 40% in total fees annually -
which Davis reduced to 10%;

> reversing the high vacancy rate to a "waiting list for tenants."

D. Two commercial parcels at 5th and Broad in Fremont appraised at $435,000

E. Their family domicile valued at $425,000; totaling $860,000 for a $200,000 debt which was not due or delinquent.

During this time Davis was unable to respond, spending days on the sofa > with a few dozen word vocabulary (testing showed he knew four words beginning with "F,")

> asking his wife, "is it March yet?" when she returned from work,

> claiming everyone at CHI was a person he knew in 1970 and they had not changed, Etc.

> Davis had been double billed by the IRS and needed to apply for a $600,000 refund. Knowing he needed to file something he tried to prepare a form for those unable to pay their tax - but he could not complete it.

> He also responded to all correspondence - three times with letters full of dyslexic spellings and no negatives.

The hormone normally takes at least 90 days to take effect, but it worked
in about 30 days this first time. Later it would be stopped and started again, taking a few months to take effect.

Finally on June 27 of 2022 did he obtain a regular supply of his hormone shots, and his normal eyesight, thinking, and memory creation returned.

On regaining his normal thoughts, he discovered he and his wife had been poisoned with PCBs from the house fire in 2019, and their three attempts to clear the house had only worked temporarily.

Attached are true and accurate copies of the following documents, and the content of which is also true and accurate to the personal knowledge of the undersigned:

EXHIBITS:
documents:
1. Letter to County Attorney Hopkins.
2. Draft settlement letter to Am Fam.

photos:
3. Attached PHOTO LIST & PHOTOS
The whirlpool tub works as a measure of how much PCB/Metal contamination is in the air of the domicile based on humidity and other factors AT A SPECIFIC TIME.
The white and black filters show a before an after use difference in the Davis home furnace, indicating what is in the air and lungs of the parties OVER A LONG PERIOD OF TIME.

---

THE IRREPARABLE HARM which would occur if this action were not granted includes the following:

1. Sale on a holiday weekend itself will reduce the potential sales price of the property - assuming anything were owed the Plaintiff. Davis' claims include $1.5 mil. as the replacement cost of structure as determined by The Hartford Ins. Co. engineering study for the 1920 era custom made house - built by a professional baseball player and drinking buddy of Babe Ruth. Am Fam used the assessed value of the house labeling the "custom everything" house with 13" double solid brick walls with custom sizes and colors of exterior bricks, a "brick veneer."

2. Davis' time and ability to work is now strictly limited by the illnesses caused by the poisoning by the Poly Chloro Benzene and heavy metals intentionally placed in the air ducts, floors, ceilings, Etc. by Mike Endorf of Paul Davis Co.

3. The movants need to move to a non-toxic location immediately, as they have been living in the house without using the HVAC system and sleeping in a camper in the drive, but is now getting too warm to do so.

4. The ongoing harassment by Judge Hall and the Lamson firm prevent anything from being done with the house, which requires that the house is determined to be irreparable or repairable and if it is cost feasible without Am Fam stopping the testing companies - as they did the first six Davis hired.

5. It is expected that Endorf will resume his breaking and entering of the premises to steal evidence and vandalize it.

6. Endorf will likely attempt to kill the Davis' once he learns of the amount of evidence they have collected against him - including the potential Federal Death Penalty.

7. Without a pause in the harassment by the Lamson firm and Judge Hall - Davis' cannot complete their other affairs including:
> Hiring a Plaintiffs' firm to recover the fire related damages;
> The $600,000 in tax over payments and double-billing by the IRS;
> The recovery for the multi-million dollar theft by James' brother > John Davis.
> or be able to obtain diagnoses, treatment, and determine fitheir illnesses are reversible or fatal.

8. Davis has tried to present basic defenses such as the fact that the Paul Davis Co. is not properly incorporated in Nebraska; however the Court just says that Lamson "was not served" - which was not true.

9. A buyer would obtain a toxic dwelling,
A. likely to create another legal quagmire &
B. inherit an environmental mess,
C. potentially requiring the raising of the building or a very expensive de-tox.

WHEREFORE, the Movants pray this Court grant the Emergency Temporary Restraining Order requested herein.

Being first duly sworn, the undersigned James Davis and Debra Davis state that the above is given freely and under oath, being true to best of our personal knowledge.
FURTHER SAYETH NOT.


_____          _____ 5/25 /20-23
by James A. Davis                                              Date


_____          5/25/2023
by Debra A. Davis                                              Date
1643 N. I St.
Fremont, NE 68025

6

NOTARY BLOCK

The undersigned Notary Public of the State of Nebraska, EXPIRING on the date of 24th day of Feb , 2025, hereby states that on the 25th day of May, 2023, James and Debra Davis being known to me or properly identified, being of sound mind, did aver to the above statements, and sign the document of his own free will and act.

_Brynn Charling_

Signature of Notary

_5/25/23_

Date

_Brynn Charling_
Printed Name

[NOTARY STAMP BELOW]

GENERAL NOTARY-State of Nebraska
BRYNN CHARLING
My Comm. Exp. February 24, 2025



James A. Davis *              [402] 620-4911 Office
Debra A. Davis        [402] 719-4920 Deb's Cell
1643 North "I" Street    [402] 720-4800 Jim's Cell
Fremont, NE 68025      jadajd666111@gmail.com

Wednesday - May 20, 2023

to: Dodge County - Attorney and Board

from: James A. Davis, JD, MBA, PhD

re: Illegal Activities / Federal RICO Actions - re: Judge G. Hall - County's Liablility


To Pam Hopkins,

I wished to put the County on notice of the following & thought it would be your place to handle this:

About ten years ago I was diagnosed with Parkinson's disease. It was another mistake of Methodist Hospital and it would not be corrected for years.

The first major episode occurred during a wrongful death case, a felony murder mediation with both State Farm and American Family which gave the defense bar notice of my medical status.

Believing they could do so with impunity they began falsifying my credit history, then foreclosing on properties illegally - ALL IN FRONT OF JUDGE HALL.

**He is now on the verge of taking the tenth property - and second domicile from my family totaling about**

> **$10,660,000 – Just in Real Estate**
> **ALL TAKEN ILLEGALLY.**
> **(Including: The Parkview Shopping Center / 2 parcels**
> **Professional Center /**
> **Broad St. from 5th to the Opera House / 2 parcels**
> **FOUR-PLEX @ 793 W. 11TH /**
> **640 Howard St. / Etc.**

**There is quite a bit more as well, in:**

**ART & ANTIQUES**
**William the Conqueror on Horseback - Sculpture by Gulliame Coustou, Sr. of France; [The**
**15 piece pewter statuette; NOT the simplified copy poured of bronze & mounted on clocks**
**which his son sold.]**
**Commissioned by Queen Elizabeth I of Great Britain (1600s)**
**$1.5 Mil. per Christies' Auction**

**Cap't James Cook - Family Painting 4" by 4" on Wood**
        **The Capt's G-G-G father @ age 14 in**
        **Marine Drum & Fife Corps Uniform**
        **(dated 1638)**
**$50,000 to $75,000**

**Two Les Paul Guitars - 1960s & 1970s originals**
**$300,000**

**1773 Musket - property of Col. William Clark / Expedition of Discovery 1820. ($16,00 if not**
**his; & $30,000 if proven to be Wm. Clark's**

**[Cook and Clark are relatives of James.  The statuette was a gift from the Queen to Edward**
**Colston, & from his family to me.]**

**ART: Original numbered print 1960s BEATLES in TOKYO**

**As the criminal investigation of this has mushroomed into a huge case, I will likely need to**
**pursue a civil RICO to protect me &mine.**

**As you know - the RICO Statutes' Civil Remedies  provide for triple damages and**
**attorneys' fees; & the Criminal RICO for Forfeiture.**

**I thought it was your place to decide if Dodge County is liable for this amount which would**
**approach $40 Million.  However, there are co-defendants with some very deep pockets,**
**possibly mitigating the county's liability.**

**Also, if it charged as a crimnal matter - Hall woujld become liable for forfeiture of ALL**
**HIS ASSETS - like my brother John C. Davis will be.**

ADDITIONALLY:
After three attempts to kill my wife and me,

        1st - by breaking open all the gas lines in the house;

        2nd - by Hot-Wiring the electrical such that it would have caught fire inside the wall; &

        3rd - He poisoned the house with 300lbs. of burned vinyl LP records - creating Poly-

Chloro Benzene & Heavy Metals - THE WORST POISONS & CARCINOGENS THERE ARE.

Getting on planes this year - MY ENTIRE BODY SET OFF THE AIRPORTS' METAL DETECTORS DUE TO ARSENIC, MERCURY & LEAD POISONING in me.

Mr. Endorf has apparently succeeded at least in my case - as I have found to have developed:

SPINAL MYELITIS - (FATAL - like Polio Myelitits it will separate the brain & spine.) LOST 60 lbs.
Several other kinds of cancer
Lost all feeling in some parts of the body
three types of skin maladies - Bleeding, Fibrous Tumors, and Ulcerative Tumors.
My sleep study showed I am sleeping 28 seconds at a time.  My wife has gone from sleeping 7 hours to 15 hours.
We developed Tinnitus, Ataxia, Cerebral Cortex & Basal Ganglia malfunctioning
She got bleeding kidney infections
I had kidney failure.
EXTREME CHRONIC PAIN
(There is much more to the PCB/Heavy Metals issues with the DNA damage)

While I have no desire to sue the county, both my wife and I have been seriously poisoned, and in my case that means a double exposure (I did the home repairs after a house fire - plus I had the preexisting Parkinsonism or Multiple System Failure.)

The poisoning was done by Mike Endorf of the Paul Davis Co. at the behest of Am Fam.

1. He broke open all the gas lines in the house, (to explode - the entire block most likely)
2. crossed the ground wires to catch fire (running 220 amps through a 110 circuit through the longest wire in the house) and
3. planted the burned 300 lbs. of vinyl - leaving Poly-Chloro Benzene compounds in the 80% of the house left uncleaned, filled the air ducts, the burnt hardwood flooring he reused - mixed with scrap, rolling it into balls and stuffing 15 of them into the trim above the bed, Etc.

He also looted the house with a replacement cost of $1.5 Mil. - as it was built in the 1920s by a famous baseball player on Babe Ruth's drinking team using "custom everything."  Endorf took the chandeliers, red oak trim, doors, a 3 inch front door of butterflied red oak, ironwood mantle, everything brass, bronze, copper plumbing, Etc.

He also just broke stuff like crazy, smashing the three fax antique lights I bought for the bath, breaking the tub and sink supports, and basically everything he could get at - matching 8 foot book shelves, matching handmade 99" X 48" X 18" oak cabinets, tearing apart the closets - replacing 5 closets with 4 doors, 3 lights, 2 floors, and one in which the wall and floor did not meet.

He stole 2 valuable guitars, a 1966 numbered Beatles poster for their Tokyo concert, a 1773 Musket,

A statuette commissioned by Queen Elizabeth I of William the Conqueror valued tat $1.5 mil. by Christies' Auction House, given to Edward Colston. (1600s)  About a dozen were made.

It is possibly the most copied statue in world - as Guillame Coustou's son supported himself by simplifying it to be made with a single pouring of bronze (the original was done in 15 pieces of pewter) and sold them mounted on French clocks throughout the 1700s.

Another historical item is the family painting Cap't James Cook (an ancestor of mine) carried on board his frigates, as they were permitted on ships, being 4" by 4" of young man (his grandfather - James dated 1638) in British Marine Fire & Drum Corps Uniform with a giant 40" flute.  The Captain sailed in the 1770s.

We are both descendants of E. Coc the Warlord of Norman.
(Note: His Chief Gunners Mate was Erik Davis of the Icelandic Viking famine- immigration to Wales in 1200, when an entire Viking army from Iceland was Baptized with one name, "Davis" to fight for King David of Wales.  The Pope said 'no pagan mercenaries' to kill Christians; and Eddie Longshanks cut off Dave's head - U.K. history is so civilized.)

So - this to has come historical and family heirloom value - about $50,000 to $75,000 worth.

But, I have: Spinal myelitis - it separates the brain and spine like Polio Myelitis does, my wife has had Methotrexate already - the strongest and most dangerous chemo there is, she had bleeding kidneys, I have kidney failure, she sleeps for 15 hours and the sleep test says I sleep for 28 seconds at a time, & many more.  I often cannot walk, when I do it is incredibly painful.

We are pretty well fucked up AND holding Hall and Endorf - et al responsible.

If you look at the files -

Hall let a $250,000 mal-practice case against me go through - although it did not even state a cause of action when it was tossed - after judgement.

He let a bank value $260,000 in stock at $15,000 and land worth $5.6 Mil sell for $1.2 Mil. - in case WE WERE NOT EVEN NAMED IN - as there was a Federal Court Order against suing us.

He also let the same attorneys take $ 900,000 in properties, including our first house to be taken for a $200,000 debt.  A debt they knew was a "$650,00 double billing by the IRS - I would get back if they waited 90 days.  The attorney also stopped a closing to raise my buyer's collateral from about 5 times the loan to about 25 times the amount of his 3 year loan by adding on one of his three houses ($700,000) - so he cancelled the sale as anybody would.

Let me know if you can help us top Judge Jeff & these other morons - I do not think they have any idea they being investigated.  It has mushroomed with the huge money laundering operation which is run by Am Fam - and their banks - like CORE and Pen Fed - and kept law firms like Lamson (LDM) & Abrahams (AKC) & Kutak.

We have hired testing companies to check our house - but all quit in 2 hours without doing the test. This was at Am Fam's instructions.

We also need to find a place to live without the poison.

As I am still an A.P. Source this is going to hit the media soon - and likely hard.

- James

P.S. - Most in Fremont do not know I was rated second in the nation for litigation - and I never won a $ 1 mil. fee - I did win a couple $2 mil. fees though - which is where I got the $9 mil. stolen from us.

I also:

> got Am Fam & State Farm prosecuted for bribes and using fake experts (college kids writing doctors' reports) - which was on 60 minutes;

> turned in and helped put Judge Whitehead in Leavenworth for taking bribes; and

> got the $131,000,000 settlement Medtronics in the Steffe Plates Case on ABC's 20/20.

But at this point, someone needx to reign in Hall.  IF OUR HOUSE IS SOLD ON THE 27TH - WITH NO DUE PROCESS LIKE the ***First State Bank vs. Parkview Development, Corp.*** * case was done - in which we not even named as parties & were denied our attempts to both Interplead and to Intervene were denied - the damages will increase by millions again.

* Without naming Deb and I Parties  - as that would have violated a Federal Court Order - they valued our $260,000 in stock at $15,000, tooik it, and eventually sold the $5.600,000 property to themselves for $1,200,000 in violations of the By-Laws, State Law, Federal Law, and ***In re: RJR Nabisco*** case - U.S. Supreme Court.; netting about five-million with the rents and dividends in the interim.

Sincerely,


J.A.D.

cc: Associated Press
   Dodge County Board
   O.I.G. c/o Dept of Justive
   Federal Court , District of Nebraska


P.S. - They also created a entire fake Legal Mal-Practice case of whole clothe - Hall granted a
default judgement of $250,000 on it - and James Dake, Esq. finally got it dismissed  Another
was the theft of an $80,000 in Trust taken by Ed collins, the Bank President at the Valley Bank.
They fabricated numerous documents - including ALTERING CASHIERS' CHECK AMOUNTS
and hear the entire matter giving me NO notices until the last hearing - the Garnishment, which
was mailed to me the day after the hearing

The mal-practice has been dismissed and I have all the evidence needed to prove the reversal of
the theft.

I will get you copies of the evidence if you wish, but MONDAY I will be spending the entire day
at the Federal Court as I believe the OIG investigators may be in town and I should be meeting
with the special prosecutor for these amtters.

This is all very disjoint at this point as it is a combination of multiple groups of defendants, but
will become clearer as you see more of it.

James D.



James A. Davis *  [402] 620-4911 Office
Debra A. Davis  [402] 719-4920 Deb's Cell
1643 North "I" Street  [402] 720-4800 Jim's Cell
Fremont, NE 68025  jadajd666111@gmail.com

Wednesday May 10, 2023  **DRAFT ONLY**

### _CONFIDENTIAL SETTLEMENT PROPOSAL_

to: American Family Mutual Ins. Co.
   Geoffrey Hall

from: James A. Davis JD,MBA,PhD
     Debra A. Davis
re: Fire Claim & Theft / Vandalism Claim;
    Bad Faith Insurance C.O.A.
    Paul Davis of Omaha / Michael Endorf: Vandalism, Thefts,
            Fraudulent Contracts (8)
            Theft of $101,000 check from Debra - theft by Coercion &          Threat
            Poisoning of James & Debra - PCBs & Heavy Metals,
            Battery, Attempted Battery & Wrongful Death,
            Wrongful Death
            CRIMINAL RICO & CIVIL RICO

Dear Am Fam, Hall, et al, & Ya'll

The semi-judicial theft of our home - THE THIRD DOMICILE TAKEN using Hall as the
facilitator will be the

## _10th Property,_

it will hit the $10 million mark

### _@ $10,6600,0000 in real property taken from us*,_

plus Three Counts of Violating the FEDERAL MURDER for HIRER -
FOUR COUNTS Conspiracy, four counts ATTEMPTED
            (Totaling EIGHT Life Sentences;)
& TWO COUNTS Murder for Hirer - by Poison,

### _SUBJECT TO THE FEDERAL DEATH PENALTY._

* Real property only - plus stock, cash, general damages (IIED, P&S)
conservatively set at $1 Mil. for discussion's sake.

Plus "LOST INCOME" for James Davis - the attorney who
never made a $1 Mil. FEE from a single case -
ONLY $2 Mil. FEES.
See: In re Pedicle Screws (Medtronics settlement $131,000,000 on
ABC's 20/20.)

PUTTING OUR RICO CLAIM @ $50,000,000
~ with the IIED, P & S, B & E, Stock, Arts & Antiques

Regarding the testing of our home for PCB compounds (B for Benzene - not Bi-phenyl) & heavy
metals:

~ The Terracon fake testing attempt (May 2023) was pathetic.  You will have to get better
actors,
~ as was the interference with all five of the Omaha companies we hired      in 2020, who called
back & quit within two hours,
It took me four minutes to get them to admit they refused to test our house on your instructions
(the Am Fam rep) and quote exactly what your rep said to tell me in jest.  I know he did not
mean for them to really tell me.

~ The medical testing of:
        ~ my hair (ponytail grown 2019 until cut October 2022.)
        ~ the nearly one-hundred maladies Deb and I share, including: Spinal Myelitis secondary
to environmental poisoning, kidney failure, bleeding kidney infection, tinnitus, ataxia, skin
rashes, skin bleeding, fibrous tumors, skin ulcers, enlarged intestines, a sudden onset prostate
cancer, increased PSA, disorientation, mental confusion, inability to speak (James in & after
April 2020 Court Hearing until second of the three mitigation attempts on the house -
on these dates:
        October 2020, cleaning floor to ceiling, replacement of four ceilings, removal of the 15
        balls of PCB Endorf rolled up and stuffed into the ceiling trim over the bed &
        sealing of the floor with floor wax.[cracks at 0.5 mm]
        After each heating and cooling season the floor dried more and the cracks opened more,
        releasing more poisons. [The cracks opened to 1mm by fall of 2021.]
        The mitigation was repeated with 22 window replacements, of the 13 uninsulated
        windows Paul Davis installed wrong, and the 9 they did nothing with.

All inside doors were replaced by James with oak ones, two outside doors required replacements
and all three required remounting with real nails and foam.  All the doors were installed wrong
too.  Paul Davis had installed all the doors and windows without any foam using tiny trim nails
(the back door later fell out.)  The wind OUTSIDE blew the curtains INSIDE and the living
room was 38 degrees at night in December when 25 degrees outside.
        February,2021 was the Second Mitigation.

May, 2021 was the third - We had the duct work checked and Endorf had swept all 300 lbs. of the burnt vinyl records (making PCBs) into the ducts on the floor. Eighty percent of the contaminated portions of the house were NOT CLEANED BY PAUL DAVIS, leaving a huge amunt of contamination to spread to what was replaced or cleaned. We had an electro-static air filter installed at this time. It would soon become completely covered inside and out with the black poisons, stopping any mechanical parts in fans, de-humidifiers, and the water heater breakers.

The totally black filters of the furnace filter showed what our lungs were accumulating and spreading through our bodies.

THE MEDICAL EFFECTS INCLUDED:
> Deb required METHOTREXATE - the strongest & most dangerous chemotherapy there is.
> James' body set off the metal detectors at the TSA airport inspections in Omaha & Kona.
~ IN HIS ATTEMPTS TO KILL US, Endorf also:
        Broke open all the soldering joints in gas lines
        (Which will explode - every time, like the Pathfinder Hotel did.)
        Crossed the ground wires to run 220 amps through the longest 110 amp circuit - with the
        thinner gauge wire put in the middle.
        (This will start a fire inside the walls from the front to back of the house without waking
        anyone until it is too late to escape.)
AND he cut 22 inches out of the water line to flood it as well.
Endorf is on a par with Kirk Meir of Hitler's S.S., the leader of the teenage storm troopers sent to France in 1945 for being a sociopathic mess.
He set out items to trip me and could NOT control his amusement when I fell, as I had the Parkinsonism, Pituitary Negative, Celiac, 35 autoimmune diseases, & a missing small intestine - caused by:
I. CVS/CareMark P.B.M. denying my Pituitary hormone shots (2008 to 2022) & knowing I had no functioning Somatriptan;
II. Dr. John Cook & his medication pump implanted wrong 8 ways, tearing open my spinal cord, causing a CFS leak, 8 months of delirium, shock & "suicide-level-pain" due to NO medications going into the brain to control the pain from Parkinson's, severed
 sciatic nerves, neuropathy, peripheral nerve disease, torn nerves in the knees & feet, & all the broken bones, Etc. &
III. Endorf using the PCBs [DIOXIN, AGENT ORANGE, 2-4-D, 2-4-5-T, Methyl-Benzene, Bi-Ethyl Benzene, Tri-Ethyl Benzene, FORAN, & many more - ]
                    *of the worst carcinogens & poisons on the planet*
left from 300 lbs of burnt vinyl records being pushed into the air ducts, rolled into balls & stuffed into the ceiling-trim above the bed,
the floors rebuilt with:
        the super-saturated red oak &
        scraps of flooring - full of staples -
        NOT Red Oak, NOT 6 foot, NOT racked & quarter-cut,
        & cleaning only 30% of the house.
        One piece is 2" by 2" in the middle of the living room.

AND due to the Vinyl/PCBs burning at 2,000° F.
the extra water used when the fire re-ignited four times
this poison saturating the house when it sat for over 70 days before work began
It is just a matter of how public you wish for your money laundering operations to be taken.
I am ready to either close the file for you or open it.

In fact Endorf is that terrible combination of stupid & hubris & insanity.  If you should wish to
settle any of the RICO claims before they are filed, I will need a couple of the non-fungible
items of personal property Endorf stole returned first, including:.
> The Statuette of William the Conqueror
($1,500,000 - Christies' Auction, London.)

1773 Musket
($16,000Ebay -  $35,000 if proven to belong to Col. Wm Clark.)

1638 Cap't James Cook's family painting of 14 year-old Cook in British Marine
Fife&Drum Corp. Uniform w/ fife, 4" by 4" (British Navy Regulation size for onboard
ship), on wood - with 1638 on the back.
( $50,000 to $75,000.)
Complete list to be provided.

Add fixtures & materials from the Real Property, including:  Chandeliers, Rack & Quartered ,6'
Red oak harwood flooring, white oak stairs (harder wood), 4" red oak trim, bronze/brass/ &
copper fixtures through-out, 3 inch "Butterflied" oak front door, 2 inch back door, & 15 interior
1.5 inch interior doors. (Etc. - like the missing kitchen, bath, copper pipes taken, broken floor
bracing @ sink, @ tub, @ Etc.

Let us know if you have any interest in settling this or in keeping your money laundering
schemes under wraps.  As it is worth billions, INTERPOL has a reason to do a RED NOTICE as
you are operating an Inter-National Criminal Racketeering Organization. The decision is yours.

Sincerely,
James Allen Davis, JD. MBA. PhD
Debra Ann Davis, CMS CDA

---

I realize your under-writing was done based on the errors in the tax assessment - like calling 13
inch walls of double layers of two types of custom1920s bricks, "brick veneer," but The
Hartford's engineers did not and the replacement cost of the structure is $1,500,000 as of 2010.

I will complete this list for you if there is an interest in mediation.  However, this cannot be
resolved without a criminal prosecution unless the interference with our testing of the house,
determination if it is recoverable,

We know my health is not recoverable - and this is going to require compensation for significant compensation for the general damages in Intentional Infliction of Emotional Distress (IIED), Pain & Suffering, Etc.

This will include stopping all five of the Omaha testing companies from testing the house; having LDM change our mailing address seven times - resulting in notices & service at 3, 5, and 20 days within a an over-night mail area,

Of course anymore episodes of this joke-like-fiasco with Terragon cannot be repeated.

Also, ***Don Muckey needs to prepare a complete accounting of all fees and claims made on our policies immediately.***

The auto settlements made over our objections - especially those involving the Officer Butz with the failure of the last one due to the  intervention of his fellow police pulling the plug on him - but only in the second case.

I believe the first claim was paid$7,000, for:

> a scratch which was not there

> on a vehicle worth $1,000 at the very most.

In the second case, the officer showed how many different colors of paint flecks were on that car, representing dozens of claims being collected, but never repainted.
So, it was a small wonder when I first tried to report the thefts, vandalism, attempt to blow-up the house with gas, flood it, burn it down, and the poisoning of the home and us in it.

### *Vinyl Records*

Having worked in the recording / publishing industry myself, I know what we found when we got a an "audit clause" in one of our contracts. No which label is publishing the music and marketing it, there were only two manufactures before 1980. RCA in the U.S. and BMG in Europe. BMG purchased RCA about 1980.

The reference to "pressing records" is a misnomer, they are cut using a highspeed lathe. To make this as accurate as possible mercury was added to create a better "blank" to be cut.

Like so many parts of the music industry, we found organized crime at work. The factory ran day and night, and between the shifts the manager would turn back the serial number imprinter to where it started in the morning, like an odometer on an old car. With the day shift production going east, and the night production going west - they hoped the millions of pairs of records with identical serial numbers would never be noticed.

We noticed. We also billed them for the balance due - and the audit.

But this explains why the additional poisons are involved as PCBs are like magnets for these metals, as well as most liquids, such as oil, lipids, collagen, water, even fibers such as hair and thread collect the stuff.

A stainless steel statue was left in the house for 70 days before clean-up began, and a black fur-like coating of crystals developed on it, shaped like one-inch pine trees of the 60 and 120 degree angles found in the benzene ring. Each C6H6 is a hexagonal ring of double bonded carbon with six single hydrogen atoms at each corner, ready to react with almost any other molecule passing close enough to share electrons.

The same happens inside the body, as it bonds with RNA and DNA- changing it in the process. It even allows the benzene compounds to pass through the skin and flesh, moving into any part of the body.

It is particularly attracted to any exposed moisture such as on the face or genitals, then it goes to where the temperature is highest - and then to where there is an electro-chemical processes occurring - at the nerves and the brain, where it can do the most damage.

This causes the nerves to send pain signals to the brain, and send signals to the muscles to cause constant cramping, often until the muscles pull the tendons to the point of breaking or tearing off the bones.

The identical thing occurred with James' when his attack of celiac and malnutrition maximized in the 1990s, tearing his trapezium off his pelvis and shoulder blades.

After the EPA was created, the expense of the mercury was eliminated by taking the slurry of heavy metals created in other industrial processes and used instead. This waste is expense to dispose of with arsenic, mercury, lead, & other heavy metals, but it works as well as pure mercury and is likely safe as long as the records are burned and inhaled.

Keep in mind that vinyl burns at a range of 1,000° to 2,000° F.

Sincerly,

James & Debra Davis

## PHOTOS

1. FURNACE FILTERS:
> USED/ Black - standing residue 1.5 cm on top of surface
> NEW/ White & Black Bars

---

The three mitigation attempts were:
[PCBs were identified as issue; causing health maladies in August 2020]
1. October 2020
Shut off A/C & raise humidity above 40%-the point @ which virus & medium to large molecules collect water & fall to floor.
Clean walls - thick black water ran off everything - everywhere in house
1/ *Floor openings @ 0.5 mm

2. February 2021
2/ October 2021 Floor openings @ 1.0 mm;
static causes black flakes to POP out of the flooring

3. May 2021 DUCT CLEANING COMPANY
Find Endorf cleaned only 1st few feet of ducts
Dining room floor vent used to fill ducts with burnt vinyl
> burning vinyl → Poly-Chloro Benzene compounds (100s) with heavy metals used in LP records.

Cleaned to like new;
Electro-static filter installed

4/ October 2022
Floor openings @ 1.5 - 2 mm; Squeaking, base separating, raised areas.

[Industry Std % = 4% Max. in hardwood flooring year;
3rd & 4th years - still drying and shrinking ]

2. Whirlpool Tub - added Soap & Lanalin (for: lipids & collagen) to measure absorbable PCBs in the air.
Safe Level - parts per billion; therefore
"If you can see it, you're screwed."

3.Inside furnace one year after cleaned; PCBs attracted to metals (turned all copper pipes frm " new penny shine to brown"

All duct work - cleared and cleaned
Black patches appear - like thrown black paint or tar, it covers everything..

4. Prominent veins show loss of all fat on body 1st year of working on remodel.  (40 lbs.) After a pause another 20lbs lost; total = 60 lbs.

5. Large hole in arm -"Bleeding between derma and epiderma = 1st phases; 2nd = fibrous "mini-warts;" 3rd = Ulcers - very painful "holes"

6. Phase 1 and 2 on hand

7. Hard wood floor burns and Black leaching through at staple holes, nail holes, on fibers, Etc.

8.Red Oak hardwood flooring - soaked in PCB/H2O for 75 days between March 12 / fire and June / work starting.

This makes the possibility of mitigation remote due to depth of saturation.

Sealing all surfaces in the only option, but with a high cost.







(3)

Long-
view



③
Close-up







Phase I + III (Bladders; Fibrous, & Ulcers)
on Face & Groin mostly.
I = Epidermis & Dermis separate, fill with blood, heal white & hairless.





⑦

Leeching &
Burn Holes



(7)
Staple
Holes