5/25/2023

Case: 8:23 CV 221
Judge Batallion

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2023 MAY 25 PM 2:21

OFFICE OF THE CLERK

RECEIVED
MAY 25 2023
CLERK
U.S. DISTRICT COURT

Dear Judge,

I had hoped J.F.A. Gossett & Fred D. Franklin would be here to vouch for me, but Fred's on a Mexican Cruise & F.A. is in Washington for 2 weeks.

I have had Deb. Endorf attempt to kill us (my wife & me) 3 times.

1) He opened all the gas line soldering joints,

2) He crossed ground wires to start an electrical fire (with the gas leak)

— we found these & fixed them (in our domicile.)

3) He did poison ~~~~ Debra & me using Heavy Metals & Poly Chloro Benzene compounds, putting them in our air ducts, in the trim over our bed, & leaving many saturated items in the house.

— Today — I set off your Metal detectors with the arsenic/mercury/lead in me (it collects at arthritic joints. I developed 30-40 diseases/cancers in 2 years, including Fatal Spinal Myelitis (it separates brain & spinal cord.)

— he will likely try to kill us faster if he knows

I filed this. (I am expecting Holland & Hart to take over the case. I was a consultant for them & when they took $8,100,000 & did the 1st (Can Agro) three attempts to kill us, I was unable to walk, talk, etc. & mis-diagnosed with "Parkinson's disease."

I actually have "Parkinsonism" — an autoimmune failure of the metabolism aka "Multiple System Failure."

These 35 plus diseases have been reversed for about 10 Months. (Like Rip Van Winkle) (using Sumatriptan Hormone Replacement & 2 brain stimulants.)

— If we have no order:
I know they will take the 10th property, 2nd Home, & likely try to kill us again.
(getting the house = destroying all the evidence I have on Endust — Some still inside the walls.)

Please Help us.
James & Parker Davis